JOHN A. CAMPBELL et al., Appellants, *v.* JAMES EMSLIE, Respondent.

*Campbell* v. *Emslie*, 101 App. Div. 369, affirmed.
(Argued March 14, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1905, affirming a judgment in favor of defend-

ant entered upon a verdict and an order denying a motion for a new trial.

*Franklin Pierce* and *Arthur J. Baldwin* for appellants.

*J. Campbell Thompson* and *Roger Foster* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.